**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KRISTINE TRACY, ET AL.,**<br><br>　　Plaintiffs,<br><br>　vs.<br><br>**MEAD JOHNSON & COMPANY, LLC, ET AL.,**<br><br>　　Defendants. | Case No.: 4:22-02480-YGR<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Haywood S. Gilliam, Jr., to consider whether it is related to *Thomas v. Mead Johnson & Company, LLC*, No. 4:22-cv-02460. The undersigned notes that plaintiffs' counsel has also filed *Hartwick v. Mead Johnson & Company, LLC*, No. 3:22-cv-02598, which may be related. While the plaintiffs in each action are different, they are represented by the same firm, involve a similar set of defendants, and relate to the same type of baby food formula. It appears the parties have filed the same motions in each underlying case concerning removal and transfer to MDL litigation.

**IT IS SO ORDERED.**

Date: June 2, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**